912

No. 89–7399. ACOSTA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7447. LEE v. LATOURELLE, SUPERINTENDENT, OGDENSBURG CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–1031. CITIBANK, N. A. v. TRINH. C. A. 6th Cir. Motion of New York Clearing House Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 89–1170. TEXAS v. CHAMBERS. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1574. GENERAL MOTORS CORP. ET AL. v. DEPARTMENT OF REVENUE OF ALABAMA; and

No. 89–1587. REYNOLDS METALS CO. v. SIZEMORE, COMMISSIONER OF REVENUE OF ALABAMA. Sup. Ct. Ala. Motions of Committee on State Taxation of the Council of State Chambers of Commerce and Tax Executives Institute, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied. Reported below: 558 So. 2d 373.

No. 89–1590. NEW YORK STATE DEPARTMENT OF LABOR ET AL. v. GENERAL ELECTRIC CO. C. A. 2d Cir. Motions of Building and Construction Trades Department, AFL–CIO, and Joint Industry Board of Electrical Industry for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 89–1599. LANGAN ENGINEERING ASSOCIATES, INC. v. 21ST PHOENIX CORP., FKA HANSON DEVELOPMENT CO. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1664. NEW MEXICO v. CALLAWAY; and NEW MEXICO v. MOLINAR. Sup. Ct. N. M. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.